**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN LEE WILEY,<br><br>　　　　　　　　　　Defendant. | Case No. _____<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation of  (Felony) |

　　The United States Attorney charges:

　　On or about April 1, 2020, within the Southern District of California, defendant, JUSTIN LEE WILEY, did knowingly and intentionally import 500 grams and more, to wit:  approximately 2.43 kilograms (5.36 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　DATED: _____.

　　　　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*s/ Amanda T. Muskat*
　　　　　　　　　　　　　　　　　　AMANDA T. MUSKAT
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ATM:sc:7/1/2020