1 **ERIC S. FISH**
California State Bar No. 280992
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Eric_Fish@fd.org

Attorneys for Mr. Wiley

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 20CR1848-LAB |
|---|---|
| Plaintiff, | CASE NO.: 20MJ9061-RBM |
| v. | **DECLARATION OF ERIC S. FISH** |
| **Justin Lee Wiley**, | |
| Defendant. | |

## DECLARATION OF ERIC S. FISH

I, Eric S. Fish, declare under penalty of perjury:

    I am the attorney for Mr. Wiley. I spoke with him by phone this morning at his residential rehabilitation facility, and informed him that his new initial appearance date in El Centro will be October 22, 2020. I also informed his federal defender in the Eastern District of California about his new court date.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 30, 2020            */s/ Eric S. Fish*
                                               ERIC S. FISH
                                               Federal Defenders of San Diego, Inc.
                                               Attorneys for Mr. Wiley